**Motion Granted; Order filed September 19, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00467-CV
_____

## IN THE INTEREST OF B.W.E. AND A.E.E., CHILDREN, Appellant

---

**On Appeal from the County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Cause No. 09-FD-1000**

---

## ORDER

On September 3, 2013, appellant notified this court that the parties are engaged in settlement negotiations, and requested that the appeal be abated. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until October 21, 2013. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to

reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM